## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**PANSY BLACKWELL**                                                               **PLAINTIFF**

**v.**                                 **Case No. 3:12CV00302 KGB**

**RONALD C. WILSON**                                              **DEFENDANT**

### JUDGMENT

Consistent with the Opinion and Order that was entered on this date, it is considered, ordered, and adjudged that plaintiff Pansy Blackwell's claims under 42 U.S.C. § 1983 and the Federal Tort Claims Act are dismissed without prejudice for lack of subject matter jurisdiction. The Court declines to exercise supplemental jurisdiction over Ms. Blackwell's purported supplemental state-law claims. This case is dismissed without prejudice.

SO ORDERED this the 10th day of May, 2013.

_____
Kristine G. Baker
United States District Judge